JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHARLES HILL<br><br>Plaintiff-Relator<br><br>v.<br><br>HARVARD UNIVERSITY, et al.,<br><br>Defendants. | CV 17-1145 PA (FFMx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's August 31, 2017 Minute Order dismissing the False Claims Act claims asserted by relator Charles Hill for lack standing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that;

1. This action is dismissed with prejudice; and

2. Defendants shall recover their costs of suit.

DATED: August 31, 2017

 _____
 Percy Anderson
 UNITED STATES DISTRICT JUDGE